JS-6
FILED
CLERK, U.S. DISTRICT COURT
12/30/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Case No. CV 19-8386 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ATTI CLOSET CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and against defendant ATTI Closet Corporation ("ATTI").

2. Plaintiff shall recover against defendant ATTI in the amount of $92,303.65, consisting of $78,694.27 in damages, $7,786.80 in attorney's fees, $863.76 in costs, and $4,958.82 in interest.

3. Wells Fargo shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceeding.

Dated this 30th day of December, 2019.

/s/
Fernando M. Olguin
United States District Judge